FILED

*North East Division

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

*The-Marshall-County-Judges, steal-Land, -with-+-For the -Mob-Boss-Mayor -Tracy Honea

10745 Highway 431
Albertville, AL 35950
2025 Sep 29 PM 01:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

BLACK/WHITE
COOPERATION
TRUST/DANGER
FLIGHT/FAITH
COURAGE/RISK
DEFIANCE/HOPE
UNDERGROUND
RAILROAD/USA

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

-God, Set-me-Free with-Christ's-atonement, +-God-will, Set-me-Free-again, From-this-burden. -I-Know-the-Lord is-always-with-me, I-will-not-be-shaken, For-HE is-right-beside-ME.

MIDDLE Division

— J. MONROE JOHNSON

Case No. 4:25-CV- (to be filled in by the Clerk's Office)

*the-banker, ordered-us killed.

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.) — **God v. Evil**

-v-

— CADENCE BANK,
— CAPO, STATE-ACTOR, MARGARET LACEY,
— CAPO, STATE-ACTOR, MITCH FLOYD
— CAPO, STATE-ACTOR, PHIL SIMS

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.) — J. Monroe Johnson,

Jury Trial: (check one) ☑Yes ☐No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS 9-29-25

(Non-Prisoner Complaint)

*The-Modern-Day, K.K.K.-Exposed. -U.S.A.

-MY-Honor-is... NOTICE Loyalty-To-God.

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. ⟶ they secretly knew, -They moved to steal our land, when⟶ it was about to)

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint. ⟶ be, worth a Fortune.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

*The-Alabama, Klan is-just-as-wicked, +-thieving, as-they-EVER-were.

Pray-Continually. 1-Thessalonians-5:17.

Page 1 of 6

Made in USA

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | J. MONROE JOHNSON, A-VIRTUOUS-GOD-FEARING-PERSON. |
| Address | THE-MONROE-COMPOUND, 10745 U. S. 431, SOUTH, |
| | ALBERTVILLE          AL          35950 |
| | *City*          *State*          *Zip Code* |
| County | MARSHALL, -SEE: YOUTUBE: SPIRITUAL GRANDPA LIVE 100 |
| Telephone Number | 256-572-2385,  -NOTE: "MY-HONOR-IS-LOYALTY-TO-GOD" |
| E-Mail Address | SPIRITUALGRANDPA@GMAIL.COM, I-ALWAYS-SPEAK-TRUTH |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | CADENCE BANK, DANGEROUSLY-RUN-PREDATORY-LENDER |
| Job or Title *(if known)* | ALLOWING-MORTGAGES, TO-BE-HIGH-JACKED, BY-MAFIA |
| Address | 201 SOUTH SPRING STREET |
| | TUPELO          MS          38804 |
| | *City*          *State*          *Zip Code* |
| County | LEE COUNTY, MISSISSIPPI, U. S. A. |
| Telephone Number | 662-688-8810 |
| E-Mail Address *(if known)* | CADENCE-HIGH-JACKS-BANK-MORTGAGES-TO-STEAL-LAND. |

[✔] Individual capacity     [ ] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | CAPO, ST.-ACTOR, MARGARET LACEY, EVIL-CONSPIRATOR |
| Job or Title *(if known)* | MOB-BOSS-HONEA'S, CAPO-&-THEY-USE-ST.-TO-ROB-LAND |
| Address | 1301-GUNT-AVE.SHE-AIDS-&ABETS-HONEA-AT-EVERY-TURN. |
| | GUNTERSVILLE          AL          35976 |
| | *City*          *State*          *Zip Code* |
| County | MARSHALL, -NOTE: TWICE-DID-LACEY-SABOTAGE-EUJENA |
| Telephone Number | 256-582-3252, LENDER-BY-DAY, YET, MAFIA-CAPO-BY-NIGHT |
| E-Mail Address *(if known)* | HONEA-CAPITALIZES-ON, A-CRISIS, HE-CREATED, 4-PROFIT. |

[✔] Individual capacity     [ ] Official capacity

*Left margin handwritten note:* It is, — the amount OF Money — involved, 14 plus Million-Dollars — revealed, these-Blood-Land — thieves.

*Bottom left handwritten:* 10745 Highway 431 Albertville, AL 35950

*Signature:* J. Monroe Johnson, 9-29-'25 u. S. A.



Page 2 of 6

Made in USA



Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | CAPO, STATE-AGENT, MITCH FLOYD, EVIL-CONSPIRATOR. |
| Job or Title *(if known)* | THE-300-MILLION $ CITY-LOAN, WAS-ILLEGALLY-RECEIVED. |
| Address | 424BLOUNT-AV.HE-HIDES-CRIMES-BEHIND-BIBLE&THE-LAW. |
| | GUNTERSVILLE        AL        35976 |
| | *City*        *State*        *Zip Code* |
| County | MARSHALL, HE-MOCKED BRO.-CHAPPEL IN-COURT-8-16-'22. |
| Telephone Number | 571-7701 -HIS-BULLYING, TORMENTED-CHAPPEL-TO-DEATH. |
| E-Mail Address *(if known)* | CONSPIRES-WITH BAD-BANKERS &PERNICIOUS-POLITICANS |

[✔] Individual capacity        [ ] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | CAPO, STATE-AGENT, PHIL SIMS, -AN-EVIL-CONSPIRATOR.. |
| Job or Title *(if known)* | DF.S-ARE-POSSESSED-BY-COLLECTIVE-REPROBATE-MINDS |
| Address | 423 BLOUNT AVE.HE-THREATENS-DEATH-BY-TOTING-A-GUN. |
| | GUNTERSVILLE        AL        35976 |
| | *City*        *State*        *Zip Code* |
| County | MARSHALL -DF.S-CURSED-THE-COUNTY-BY-KILLING-A-WWII |
| Telephone Number | 256-582-2034 -A-FEDERAL-AGT.-HEARD-HIS-ABUSE-9-22-2025 |
| E-Mail Address *(if known)* | SEE: KING JAMES BIBLE, ROMANS 1, VERSE 28, EVIL-MINDS. |

[✔] Individual capacity        [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? TRACY HONEA;&-SAID-DF.S, ALL-ACTING-AS, "STATE-ACTORS," &-WITH, ALABAMA-STATE, &, ALBERTVILLE-CITY, OFFICIALS, HAVE-VIOLATED, MONROE'S-RIGHTS, RELATED-TO, THE 14TH AMENDMENT, OF, THE U. S. CONSTITUTION, TO-STEAL, A-14-MILLION-DOLLAR, MARSHALL-CO-PROPERTY, &, A-HALF-A-MILLION-DOLLAR, DEKALB-CO, FAMILY-FARM, IN-A, 7-YEAR, R.I.C.O., CIVIL-&-CRIMINAL, DEADLY-LAND-THEFT-CONSPIRACY. THEY-KILLED-A-WWII.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

J. Monroe Johnson, 9-29-25 U.S.A.

10745 Highway 431
Albertville, AL. 35950

Page 3 of 6



Made in USA    POSTED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)



*—We—Pray, OuR-WoRDS, Might-reach-you.*

-NOTE: ALABAMA-AGENTS, &, THEIR-STATE-ACTORS, WICKEDLY-CREATED, MASS-PUBLIC, HYSTERIA, WITH, WHITE-MALE, PEDOPHILIA-SLANDER, &, FENTANYL-TRAFFICKING-SLANDER, AGAINST, BROTHER CHAPPELL, &-MONROE, TO-STEAL, EUJENA R. COLLINGS', COMMERCIAL PROPERTY, WHEN-THE-DF.S, KNEW SECRETLY, FOR 5 YEARS, THAT EUJENA'S LAND, &, BILLBOARD-PERMIT, WOULD BE WORTH 14-PLUS, MILLION-DOLLARS, &-IT-KILLED-CHAPPELL.

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
THIS-TRAGEDY-IS, MASS-ENDOCTRINATION, OF, WHITE-SUPREMACY, WITH, MANIACAL MISOGYNY, &, HYSTERICAL-HOMOPHOBIA, ALL-FOR-LAND-THEFT, &-ON, 5-1-2025, DF.S; &-THEIR, CORRUPT-STATE-AGT.S, IN-ESSENCE, BEGAN-THREATENING-PL, WITH-ABUSE, IF, PL.-DOES-NOT-EXONERATE-DF.S, BY-AN-EXTORTION-CONTRACT, &-BY-ME-BEING-UNJUSTLY EVICTED, &-LOSE-ALL-INHERITANCE, OF, 14-PLUS, MILLION-DOLLARS-IN-LAND, TO-THEM.

## III.     Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?
NORTH EAST ALABAMA, U. S. A., &, THIS-IS-ANOTHER, "COERCED-BANK-CONTRACT;" WHEREBY, MOB-BOSS-HONEA, &-ACCOMPLICES, EXECUTE-THEIR, BRUTAL, K.K.K./NAZI STYLED, TORTURE, OF, INNOCENT, GODLY, AMERICAN-ELDERS, FOR, BLOODY-REVENGE, RELATED TO, THE SUP. CT. OF AL. CASE NO. 1051726, &, THE-COERCED-SALE-OF, OR-THEFT, VIA, SABOTAGE-FORECLOSURE-OF, EUJENA'S-FARM, &-MONROE-COMPOUND-PROPERTY.

B.     What date and approximate time did the events giving rise to your claim(s) occur?
-5-1-2025, AT, 10:18 A.M., &, YOUR HONOR, JUST-FOLLOW-THE-MONEY, AND-THEN, CALL-BONNIE, AT, 256-477-1700, AS-SHE'S-GOT, ENOUGH-FIGURATIVE-DEADLY-DIRT, ON, AMERICAN/ALABAMA, MOB-BOSS, TRACY HONEA, TO-BURY-HIM, FOR-THE-NEXT, 30-YEARS, IN-A-HIGH-SECURITY-FEDERAL-PENITENTIARY.CADENCE-BANK-ON-5-1-2025, &-LIBERTY-BANK ON-6-20-2025-DEMANDED-VIA-CONTRACTS-THAT-WE-EXONERATE-THEM-OR-LOSE-OUR-LAND,

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
DF.S, RELENTLESSLY-&-SHAMELESSLY, ACTS-AT, THE-BEHEST-OF, &-IN-CONCERT, WITH, ALABAMA-STATE, &, ALBERTVILLE-CITY, GOVERNMENT-OFFICIALS, &-HAS-SINCE, THE-YEAR-2018, TO-CREATE, THE-FORCED, UNJUST-SALE, &-OR-LOSS, OF, TWO-REAL-PROPERTIES, LOCATED-AT: 10745-&-10791 U. S. 431, ALBERTVILLE, ALABAMA 35950, U. S. A., VALUED-AT-APPROXIMATELY, 14-MILLION-DOLLARS, &, 12208 CO. RD. 52, GERALDINE, ALABAMA, 35974, U. S. A., VALUED-AT, APPROXIMATELY, HALF-A-MILLION, DOLLARS, WHICH-ARE-BOTH, PL-MONROE'S, HOMES, &-INHERITANCE, YET, EUJENA, MONROE'S-MOTHER, AN-85-YEAR-OF-AGE, WEALTHY-WIDOW, IS-THE-OWNER, &, EUJENA, HAS-BEEN-BLUDGEONED, NEARLY-TO-DEATH, EMOTIONALLY-&-FINANCIALLY, EVER-SINCE, EUJENE'S-BELOVED-HUSBAND, JOHN ALLRED COLLINGS, PASSED-AWAY, SEE-OBITUARY, ATTACHED, DEFENDANTS ARE FIGURATIVE, "GRAVEDIGGERS-OF-OUR-DEMOCRACY," &, ATTEMPT-TO-PROFIT, GREATLY, FROM-ITS-DOWNFALL, VIOLATING, THE U. S. CONSTITUTION. ROBERT-&-PAM GLASS 205-275-8686, &KEITH BARKSDALE 256-295-4954, ARE-WITNESSES-TOO

10745 Highway 431
Albertville, AL 35950

*J. Monroe Johnson, 9-29-'25 U.S.A.*

Page 4 of 6

**Made in USA**

POSTED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.    Injuries** *-Gun-Violence, by-Government*

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

YOUR HONOR, DIABOLICAL-WARLORD, JAPANESE-EMPEROR-HIROHITO, NOR, MASSACRIST-GENOCIDAIRE, NAZI-GERMANY, REICH-CHANCELLOR-HITLER, COULD-KILL-BROTHER CHAPPELL, IN, WORLD WAR II, YET, MAFIOSO-ALBERTVILLE-CITY-MAYOR, TRACY-HONEA, &-HONEA'S-CRONIES, A.K.A., SAID-DF.S, BRUTALLY, EMOTIONALLY, FINANCIALLY, &-SOCIALLY, BLUDGEONED HIM TO DEATH, TO-STEAL, BLOODY-LAND, FROM, A-WEALTHY, WHITE-FEMALE, ELDER-WIDOW, NAMELY, EUJENA, &-BY, MOB-BOSS, HONEA, &-HONEA-CRONIES. YOUR HONOR, THIS-CASE-DETAILS, COLD-POLITICAL-MOBSTERS, WICKED-ALABAMA-STATE-&-CITY, "AGENTS, &-ACTORS," CONSPIRING-WITH CORRUPT-BANKS, TO-STEAL-BLOODY-LAND, FROM-A-GODLY, DISABLED, ELDER, WHITE, WEALTHY-WIDOW, &, TERRORIZING; TO-DEATH, HER, &-HER-DEFENDERS, LIKE THEY KILLED, BROTHER CHAPPELL, &-AS-THEY, ALSO-TERRORIZE-ME, HER-YOUNGEST-SON, AS, I-DEFEND-MY-MOTHER; EUJENA. YOUR HONOR, THIS-CASE-HOLDS, NATIONAL-SIGNIFICANCE, EXPOSING, DEADLY, THIEVING, POLITICAL-&-CORPORATE, CORRUPT-ENTITIES, " A-REAL-MOB-FAMILY," WICKEDLY-WORKING-IN-TANDEM, TO-UNLAWFULLY-KILL, INNOCENT-TAXPAYING-AMERICANS, IN-BLOODY-LAND-THEFT-SCHEMES. YOUR HONOR, ON, 6-14-2022, UNITED-STATES, FEDERAL-JUDGE, BRIAN TURNER, AT-THE, HUGO L. BLACK, UNITED-STATES, FEDERAL-COURTHOUSE, BHM., AL., SAID, "EUJENA'S-CASE, WITH-JUDGE-AXON, IS-HISTORIC." YOUR HONOR, BROTHER CHAPPELL, ROUTINELY-STATED, "NEVER-UNDERESTIMATE, THE-POWER-OF-A-FEDERAL-JUDGE." YOUR HONOR, I TRUST YOUR JUDGEMENT REGARDING JUSTICE, &-THEREBY-RESTITUTION, AS, "THE-FINAL-SAY." GOD-SAVE-THE-U.S.A.-FROM-GREED-&-SIN.

**V.    Relief** *-Relief-From, Snakes, in-the-Alabama-court.*

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

YOUR HONOR, I; MONROE, HEREBY REQUEST TO PROCEED, IN-FORMA-PAUPERIS," AS THE CIVIL RIGHTS ABUSES; DETAILED-HEREIN, WERE DESIGNED TO TARGET ME & MY FAMILY FOR THEFT & DEATH, &, THEY-KILLED; OUR CHIEF FINANCIAL OFFICER, &, WORLD WAR II, WAR-DISABLED, WAR-HERO, NAVY-SAILOR, VETERAN, &, HIGH-PRIEST, WITH THE L.D.S., &, GREAT-GRANDSON-OF-KAISER-WILHELM-II, BROTHER CHAPPELL, ON, 8-31-2022, VIA, MASSIVE-FATAL, HEART-ATTACK, &, DF.S NEARLY KILLED, MY BELOVED MOTHER; EUJENA, VIA, STRESS-RELATED, HEART-ATTACK, &, EVEN AFTER HER MEDICAL DOCTOR; IN ESSENCE, TOLD THEM TO BACK-OFF, AS, THEY WERE STRESSING EUJENA TO DEATH, HOWEVER, WITHIN TWO MONTHS OF DOCTOR PETER'S, STARK-WARNING, EUJENA, HAD-A-STRESS-RELATED-HEART-ATTACK, ON, 2-22-2025, YET, THE-DF.S RETURNED TO THE SCENE OF THE CRIME, LIKE RAVENING WOLVES, TO STEAL EUJENA'S FAMILY FARM, AFTER, THEY FORCED SAID HEART-ATTACK, RELATED, TO THEM, ATTEMPTING TO STEAL EUJENA'S MONROE COMPOUND, AN-ALBERTVILLE COMMERCIAL PROPERTY. I-NEED-DECLARITIVE, &-INJUNCTIVE-RELIEF, TO-STOP-DF.S, FROM, THREATENING-ME, WITH STRESS, &-FALSE-INCARCERATION, &, UNJUST, FORCED-HOMELESSNESS. YOUR HONOR, I; J. MONROE JOHNSON, LIKE THE 12 COLONIES IN PROTEST, "ASK, BUT-FOR, PEACE, LIBERTY, &-SAFETY." GOOGLE: FIRST CONTINENTIAL CONGRESS 1774, ALSO-SEE: YOUTUBE: SPIRITUAL GRANDPA LIVE 100, A YOUTUBE CHANNEL CREATED BY BROTHER CHAPPELL 4-JUSTICE. YOUR HONOR, DF.S-OWE, AT-LEAST, 55-MILLION-DOLLARS, PLUS 8% INTEREST, AS-RESTITUTION, AS-THIS-ABUSE, HAS-GONE-ON, NEARLY-8-YEARS-NOW. THE MONEY GOES TO: "EUJENA-&-CHARITY."

*The-Judges, are-the-snakes.*

10745 Highway 431
Albertville, AL 35950

J. Monroe Johnson,
9-29-2025,
U.S.A.

*(left margin, vertical handwritten)* *Political-Corruption-Destroys: Economy, Security, & Community, Trust.*

Page 5 of 6

Made in USA

POSTED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*-God-Save,-The-United-States, From, Alabama-Tyranny, yet-again.*

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        09/27/2025   *J. Monroe Johnson*

Signature of Plaintiff      J. MONROE JOHNSON, PRO-SE, CIVIL-RIGHTS, PLAINITFF

Printed Name of Plaintiff   -DF.S, DON'T-MEAN, DUMB-DUCKS, IT-MEANS, DEFENDANTS.

### B.   For Attorneys   *Monday, September 29th 2025*

Date of signing:

| | |
|---|---|
| Signature of Attorney | -NOTE: LIBERTY-&-CADENCE-BANKS, ALLOW-THE-CORRUPT, |
| Printed Name of Attorney | DF.-OFFICIALS, 2-HIGH-JACK, BANK-MORTGAGES, ALLOWING, |
| Bar Number | BANK-CUSTOMERS, TO-BE-ROBBED, "BY-AND-FOR," |
| Name of Law Firm | CORRUPT-REALTORS, YET, THEY-KILL-ELDERS, VIA-STRESS. |
| Address | -AMERICA'S-FUTURE, WILL-STAND-BY, YOUR-JUDGEMENT. |
| | -STARE-DECISIS-FOR-PEACE. |

|     City     |     State     |     Zip Code     |
|---|---|---|

Telephone Number

E-mail Address      LET-THE-DECISION-STAND-FOR-PEACE-ALWAYS-&-FOREVER.

*✱ This-Battle, is-Fought, with ⟶ 10745 Highway 431 ⟶ Spiritual, Albertville, AL 35950 Weapons-of-Truth.*

YOUR HONOR, PLEASE PROVIDE ME; MONROE, THE FOLLOWING, FOR FEDERAL JUSTICE, IN THIS MATTER:

{1.} PLEASE-PROVIDE, FINANCIAL-RELIEF, AND; THEREBY, WAIVE-THE, FEDERAL-FILING-FEE, OF, $405.00, THE-FEDERAL-FILING-FEE, THAT IS REQUIRED, FOR A CITIZEN TO PAY, WHEN THEY PLEAD, AS, I AM PLEADING, FOR THE ENFORCEMENT OF UNITED STATES, CONSTITUTIONAL RIGHTS, AND, UNDER, "THE KU KLUX KLAN ACT, OF, 1871," WHICH WAS GRANTED, TO, WE AMERICANS, BY, THE 18TH PRESIDENT, OF, THE UNITED STATES, ULYSSES S. GRANT, AS, THIS ABUSE HAS; AS INTENDED, DEVASTATED ME, AND, MY FAMILY, FINANCIALLY.

{3.} PLEASE-PROVIDE, ME; MONROE, WITH, A-UNITED-STATES, FEDERAL-COURT.

{4.} PLEASE-PROVIDE, ME; MONROE, WITH, A-UNITED-STATES, FEDERAL-JUDGE.

{4.} PLEASE-PROVIDE, ME; MONROE, WITH, A-UNITED-STATES, FEDERAL-JURY.

{5.} PLEASE-PROVIDE, ME; MONROE, WITH, UNITED-STATES, FEDERAL-MARSHALS.

{6.} PLEASE-PROVIDE, ME; MONROE, WITH, UNITED-STATES, FEDERAL-ATTORNEYS.

{7.} PLEASE-PROVIDE, ME; MONROE, WITH, UNITED-STATES, DOLLARS, IN-THE-AMOUNT, OF, AT-LEAST, FIFTY-FIVE-MILLION, PLUS, 8% INTEREST,

Made in USA

<u>FOR, AT-LEAST, THE-LAST, 7-YEARS, OR-RELIEF,</u>
<u>YOUR HONOR, FINDS, JUST, PROPER, &, FITTING.</u>

{8.] PLEASE-PROVIDE, ME; MONROE, WITH, <u>FREE-</u>
<u>ACCESS, TO THE, "PACER," ON-LINE, WEBSITE,</u> AS-I-
AM, NOT-AN-ATTORNEY, AND, THE-FEES, ASSOCIATED-
WITH, VIEWING, AND, DOWNLOADING-DOCUMENTS,
WITHIN-THE, FEDERAL-JUDICIAL-SYSTEM, ADD-UP.



-SPECIFICALLY: ALL 4 DEFENDANTS, VIOLATED,
PLAINTIFF'S, 14TH AMENDMENT TO THE U. S.
CONSTITUTION, REGARDING EQUAL PROTECTION,



ON, 5-1-2025, CADENCE BANK, AND, THEREBY, THE ABUSES OF MARGARET LACEY, THREATENED, PLAINTIFF WITH UNJUST-FORECLOSURE, AND, THEREBY, UNJUST-EVICTION, OF, PLAINTIFF, AS, A CURRENT, "GOOD, AND, HONEST," BANK EMPLOYEE, NAMED, MELISSA GALLOWAY WILBURN, DISCLOSED TO PLAINTIFF, THAT CADENCE BANK, VICE PRESIDENT, MARGARET LACEY, ALONG-WITH, PHIL SIMS, BEGAN BRAGGING, NOVEMBER 2018, THAT THEY WOULD HARM, EUJENA R. COLLINGS, AND, PLAINTIFF, J. MONROE JOHNSON, AND, STEAL THE MONROE COMPOUND PROPERTY, WHICH MEANT BY SABOTAGE, AND, THE SABOTAGE HAS RESULTED, AND-ON, JULY 20, 2024, THE ALABAMA TELEVISION NEWS, REVEALED THAT A BILLION DOLLAR, RETAIL OUTLET, DEVELOPMENT DEAL, WOULD BE CONSTRUCTED, DIRECTLY IN FRONT OF THE MONROE COMPOUND.



**WE ALSO FOUND OUT THAT THE OFFICIALS KNEW SECRETLY FOR FIVE YEARS OF THE SAID BILLION DOLLAR DEAL WHICH WOULD MAKE OUR MONROE COMPOUND PROPERTY, AND, OUR EXCLUSIVE DOUBLE-SIDED, DIGITAL BILLBOARD WORTH A FORTUNE. DEFENDANTS RUINED OUR BUSINESSES, AND, OUR LIVE, UNLAWFULLY KILLING OUR CHIEF FINANCIAL OFFICER, ROGER COIT CHAPPELL, VIA A MASSIVE HEART-ATTACK, ON, AUGUST 31, 2022, THEY ALSO HAD ME SEXUALLY-ASSAULTED, ON, APRIL 15, 2019, AS THEY ATTACKED US, IN NUMEROUS, AND, OUTRAGEOUS WAYS, AND, MEANS, AND, IT WAS ALL TRIGGERED BY THEIR SECRET-KNOWLEDGE,**



FOR FIVE YEARS, OF THE SAID BILLION DOLLAR DEAL. THEY ALSO ALMOST KILLED EUJENA, AS, THE ABUSE MANIFEST A HEART-ATTACK, AGAINST EUJENA, ON, FEBURARY 22, 2025. WILBURN ALSO STATED THAT LACEY, AND, SIMS, CONSPIRED OFF-THE-CLOCK, AND, FOR EXAMPLE AT THE ANTIQUE CAR CLUB, OF, GUNTERSVILLE, THEREBY, SIMS, IS A STATE-ACTOR, AS-HE, PERPETRATES CRIMES OF SABOTAGE AGAINST US, ON, AND, OFF THE CLOCK. ALSO PLAINTIFF, AND, HIS FAMILY BLIND-FRIEND, CHARLES KEITH BARKSDALE, ATTENDED A CANIDATE FORUM AT THE ALBERTVILLE HIGH SCHOOL, AND,



NOTICE MARSHALL COUNTY, FORMER, AND, RECENTLY RETIRED, CIRCUIT COURT JUDGE, ALSO WITH DISTRICT JUDGE, MITCH FLOYD, ATTENDED THE EVENT AND, HAS A PERSONAL RELATIONSHIP, WITH CITY OF ALBERTVILLE, MAYOR, TRACY HONEA. ALL THE CRIMES COMMITED PLAINTIFF WERE DONE BY CORRUPT OFFICIAL WHO CONSPIRED, AND, EXECUTED INJURY AGAINST, US, BOTH, ON AND OFF THE CLOCK, REGARDING THIS REAL ESTATE THEFT SCHEME.

LACEY ALSO CONSPIRED IN 2011, WITH THE SAME CORRUPT COUNTY OFFICIALDOM, WHO AWARDED A THIEF/FALL-GUY, ZERO-RESTITUTION, AND, NO JAIL TIME, MEANING JUDGE RILEY, AWARDED THE THIEF, WITH ALLOWING THE THIEF TO KEEP 37 THOUSAND DOLLARS, OF EUJENA'S MONEY THAT HE STOLE, AT THE TIME THE SUPRME COURT OF ALABAMA, RELEASED THEIR SCATHING REBUKE, AGAINST THE JUDICIAL CORRUPTION IN MARSHALL COUNTY, AND,

IN SAID 40 THOUSAND DOLLAR THEFT, AGAINST US,
LACEY ATTEMPTED TO FORCE OUR PROPERTY INTO
FORECLOSURE TO STEAL OUR LAND, AND, TO GET
REVENGE FOR SAID SUP. CT. OF AL. RULING, AND, TO
THEREBY GAIN FAVOR WITH THE CORRUPT
OFFICIALDOM, YET,




EUJENA, AND, PLAINTIFF-MONROE, WERE RE-
ATTACKED, AND-BY, THE SAME BAD-BANKER, LACEY,

AS LACEY, RE-CONSPIRED, IN 2018, WITH THE SAME CORRUPT OFFICIALDOM, WHEN THEY KNEW SECRETLY OF THE BILLION DOLLAR DEAL, SO THEY MOVED TO YET AGAIN, SABOTAGE US INTO UNJUST FORCED BANK FORECLOSURE, BUT THIS TIME THEY KILLED A WWII, NEARLY KILLED EUJENA, AND, CREATED P.T.S.D., IN ME, AS THEY LAUGHED, WITH NO CONSCIENCE, AS, TO THE NATURE OF THEIR BARBARITY, AND, BLOODY LAND THEFT VIOLENCE.

IN CASE NUMBER 50-DV-2025-900350.00, OUR ATTORNEY, CLARK HALL, OF, GADSDENM, ALABAMA, U. S. A., DISCOVERED JUDGE FLOYD, DID VIOLATE MY 14TH AMENDMENT RIGHTS, AS-A, SUBLEASING, LANDLORD, BY WRONGFULLY, NOT ACCEPTING THE SUB-LEASE CONTRACT WITH I; MONROE, HAD USED FOR 20 PLUS YEARS, FLOYD REFUSED TO HONOR MY VALID LEASE, SO AS TO SABOTAGE MY APARTMENT REVENUE THAT I HAD AT THAT TIME, AND, IN HOPES OF HARMING YET ANOTHER REVENUE STREAM, AS, ALL SAID DEFENDANTS, HAVE GONE TO GREAT LENGTHS, TO CREATE UNJUST FORCED BANK FORECLOSURE, SO THEY COULD STEAL OUR PROPERTY, AND, IN HOPES OF DOING IT BEFORE WE FOUND OUT ABOUT THE BILLION DOLLAR DEAL. REGARDING JOHNSON VERSUS HAMMONDS, IT IS THE CASE BEFORE THE 900350 CASE WHEREBY FLOYD VIOLATED MY RIGHTS, AND,

ON, 9-22-2025, PHIL SIMS, ALLOWED HIS EMPLOYEES TO REFUSE TO TAKE A REPORT FOR ME BEING HARASSED BY ALBERTVILLE POLICE CHIEF BUTCH CARTEE, AND, ALSO REFUSED TO TAKE A REPORT ABOUT THE VEHICLE I; MONROE, DRIVE PERSONALLY,

BEING VANDALIZED, WITH TWO-DIFFERENT, WINDOWS BEING CRACKED, AS, ANOTHER FORM OF ABUSE AGAINST ME, AND, THIS FOLLOWING PHIL SIMS, REFUSING TO PROPERLY TAKE A REPORT FOR A 300 THOUSAND DOLLAR THEFT AGAINST US, AND, THEN UNJUSTLY CLOSING THE CASE, AS HE CLEARLY ORDERED AND/OR CONDONED THE THEFT AGAINST US, IN HOPES OF BEING ABOUT TO STEAL OUR PROPERTY WITH CADENCE BANK, AND, FOR MOB-BOSS, TRACY HONEA, WHO IS A CORRUPT REALTOR.

ALL DF.S HAS RELENTLESSLY, AND, SHAMELESSLY, ATTACKED AND REATTACKED, ON AND OFF THE CLOCK, FOR THE LAST 7 YEARS, AND, THEY HAVE NEARLY KILLED BOTH ME; MONROE, AND, MY BELOVED-MOTHER, EUJENA, WITH THIS BLOODY, LAND THEFT SCHEME, AND, AGAIN, AFTER LACEY THREW BROTHER CHAPPELL OUT OF HER OFFICE, WHEN HE ASKED HER ABOUT THE ZERO-RESTITUTION JUDGEMENT ON THE 40 THOUSAND DOLLAR, THEFT, THAT LACEY, EXECUTED AGAINST US, TO ATTEMPT TO STEAL OUR LAND, VIA, UNJUST FORCED BANK FORECLOSURE, AND, EUJENA HAD TO REFINANCE HER FARM TO OVER-COME THE FINANCIAL HARDSHIP CREATED BY LACEY GIVING AWAY ALL OF OUR OPERATING CAPITAL IN HOPES OF STEALING OUR LAND, YET, LACEY RETURNED TO KILL US, AND, STEAL OUR LAND, BEFORE WE FOUND OUT ABOUT THE BILLION DOLLAR DEAL. SO HELP ME GOD, YOUR HONOR, HOLD THESES WHITE DEMONS TO ACCOUNT.



THE BANK, AND, STATE-ACTOR-BANKER, ALLOWS THE MORTGAGE TO BE HIGH-JACKED, TO STEAL THE BANK CUSTOMERS', LAND, WITH-AND-FOR-OFFICIALDOM, YET, THE CORRUPT, OFFICIALDOM, IN-A, STATE-AGENT, AND-IN, A-STATE-ACTOR, CAPASITY, AND-AT-SEPERATE-TIMES, ALLOWS, THEIR POLITICAL-POSITIONS, TO-BE, HIGH-JACKED, TO-SABOTAGE-US, AND, THERE-BY, VIOLATE-OUR-RIGHTS, YET, AS-STATE-ACTORS, THAT-ALSO-ALLOW, THEIR-POLITICAL-CONNECTIONS, TO-HIGH-JACK, THE-LAW, IN-ORDER-TO, ULTIMATELY-STEAL-OUR-LAND, WHICH-IS-MY-INHERITANCE, THEY-MOVE, AS-STATE-ACTORS, TO-STEAL-EUJENA'S-LAND, WHICH-IS, MY; MONROE'S, INHERITANCE, AND, THEREFORE, LACEY, FLOYD, AND, SIMS, ARE-BEING-SUED-HEREIN, IN THIS FEDERAL FILING, TITLED, J. MONROE JOHNSON, VERSUS, CADENCE BANK, ET-AL., FILED, THIS DAY, 9-29-2025, AS, THESE, WHITE-DEMONS, CONSPIRE, ON, AND, OFF THE CLOCK, AND, AT PLACES, LIKE, THE ANTIQUE CAR CLUB, OF, GUNTERSVILLE, ALABAMA,  U.  S.  A., AND, AT THE ALBERTVILLE HIGH SCHOOL, WHERE THEY KNOW, MOB-BOSS, TRACY HONEA, HAS, INDEBTED THE CITY OF ALBERTVILLE FOR OVER 300 MILLION, OUTRAGEOUS DOLLARS, AND, THE MONEY WAS BORROWED ILLEGALLY, AND, YOU CAN VERIFY THAT WITH BONNIE CALLAHAN, AT, 256-477-1700, AS THE 300 MILLION DOLLARS, WAS BORROWED WHEREBY NUMEROUS CRIMES WERE COMMITTED, WHICH INCLUDE, BUT ARE NOT LIMITED TO THE ISSUING OF BONDS, FOR SAID DEBT, YET, IT WAS ALL DONE ILLEGLALLY, AND, THE CITY HAS ALSO BEEN RECENTLY CUT-OFF FROM BORROWING ANY MORE DEBT, ALSO WHEN THE 300 MILLION DOLLARS IS

DIVIDED BY THE 21,000 RESIDENTS THAT MAKE UP ALBERTVILLE, THAT IS 14 THOUSAND DOLLARS, IN DEBT FOR EACH RESIDENT, AND, WHEN THE 300 MILLION DOLLARS DEBT IS CALULATED AT 8% ANNUAL INTEREST THAT IS $100,000.00 PER-DAY, IN-INTEREST, MONDAY-THROUGH-FRIDAY. TRACY HONEA, HAS STOLEN THE FUTURE OF ALBERTVILLE, WITH THIS CRIME AGAINST EUJENA, AND, ASSOCIATES, AND, INDEBTED THE CITY WITH 300 MILLION DOLLARS THE CITY WILL NEVER PROPERLY REPAY, AS, THERE IS NO RATIONAL WAY IT CAN, AND, THE CRIMES AGAINST US; EUJENA, BROTHER CHAPPELL, AND, MYSELF; MONROE, WERE COMMITTED; IN-PART, BECAUSE OF THE DANGEROUS DEBT TRACY HONEA, HAS GOTTEN THE CITY INVOLVED IN, AND, ALSO, I; MONROE, WAS TOLD, BY A RELIABLE SOURCE, THAT, THE TALK AROUND TOWN IS THAT TRACY HONEA, WANTED ONE MORE, 4-YEAR, TERM AS MAYOR, BECAUSE, WHEN THE HUGE, UNPAYABLE, "BALLON-PAYMENT," COMES-DUE, ON THE 300 MILLION, DOLLAR-DEBT, THAT HONEA, WILL BAIL OUT OF ALABAMA, LEAVING ALBERTVILLE IN FINANCIAL RUIN, AND, AS-HONEA, ENJOYS A LAVISH LIFESTYLE, IN-A-OCEAN-FRONT-MANSION, IN, MYRTLE BEACH, SOUTH CAROLINA,  U.  S.  A.. -JUST-SAYING, PUT THESE WILD, DANGEROUS-POLITICAL-MOBSTERS, IN, FEDERAL-PENITENTIARY, WHERE-THEY-BEG-TO-BE.



YOUR HONOR, A FEDERAL ATTORNEY, WILL HELP STRAIGHTEN ALL THIS OUT, QUICKLY. THANK YOU.

-NOTE: BIBLE VERSES ON JUSTICE:

A key bible verse about justice is Micah 6:8, which states:

"He has shown you, O mortal, what is good. And what does the Lord require of you? To act justly and to love mercy and to walk humbly with your God".

Other significant verses include Isaiah 1:17, which calls to "seek justice, correct oppression", and

Amos 5:24, which urges, "Let justice roll on like a river, righteousness like a never-failing stream!".

-NOTICE TO THE UNITED STATES COURT:

ALABAMA JUDGES, EXTORTED MY FAMILY, IN A FIVE MILLION DOLLAR, FRIVILOUS LAWSUIT, AND, AS DETAILED, IN THE YEAR, 2011, UNANIMOUS, SUPREME COURT OF ALABAMA RULING, IN CASE NO. 1051726, FEDERAL CREDIT INC., VERSUS, GREG FULLER, YET, THE-DEADLY-CORRUPT, ALABAMA-JUDGES, RETURNED, TO THE SCENE OF THE CRIME, IN THE YEAR, 2018, AND, EXECUTED, A STATE OF WAR, AGAINST-US; EUJENA R. COLLINGS, AND, MYSELF; J. MONROE JOHNSON, THE STATE LEVIED WAR AGAINST WE THE TAXPAYERS, TO GET US KILLED, IN ORDER TO, STEAL-OUR-BLOODY-LAND, LOCATED-AT: 10745, &, 10791 U. S. 431 ALBERTVILLE, ALABAMA 35950, U.S.A..



**-UPDATE: KEEP-YOUR-BULLETS, GIVE-ME, MY-RIGHTS.**

**I-AM, THE-LYNYRD-SKYNYRD-BROTHER, MONROE,
U. S. A., WE-RETIRED-THE-REBEL-FLAG-IN-2012, FROM
ALL-OUR-CONCERTS-AS-IT-IS-NOW-A-SYMBOL-OF-HATE,
YET, THE-RADICALS-HAVE-TRIED-TO, KILL-US-OVER-IT.**

**The Lynyrd Skynyrd song "Gimme Back My Bullets" symbolizes a demand for lost confidence and power, as the "bullets" represent the singer's self-esteem and ability to overcome life's challenges. While some listeners interpreted it as a contradiction to their earlier song "Saturday Night Special," the title track actually refers to the frustration of not seeing their songs achieve million-seller status on the Billboard charts, a concept symbolized by "bullets" used before chart entries.**

## Literal vs. Metaphorical "Bullets"

- **Metaphor for Confidence:**

  The primary interpretation is that the "bullets" are the singer's confidence, courage, and dignity, which have been diminished by setbacks and adversity.

- **Metaphor for Success: A secondary interpretation links the "bullets" to the symbols used by Billboard magazine for songs that sold a million copies, a benchmark the band felt they were not achieving during the album's release.**

## Contextual Interpretations

- **Overcoming Adversity: The song reflects a determination to reclaim power and face difficulties head-on, with lyrics like, "Tell all those pencil pushers, 'Better get outta my way'".**

- **A Shift in Stance: The song's title was seen by some as a direct contradiction to their previous anti-gun stance in "Saturday Night Special," which focused on cheap, easily acquired handguns. However, the band's intent was focused on their chart performance, not on changing their position on gun control.**

- **Fulfilling a Sense of Purpose: The singer is asserting a newfound resolve and readiness to continue working hard, mirroring the spirit of a "working man," and refusing to be defeated.**

# -PUBLIC-SAFETY-NOTICE-!

# -BANKERS-CONSPIRE, WITH-AND-FOR, OFFICIALS- TO-STEAL-LAND-MILLIONS,

# -FROM-ELDERS, BY- SABOTAGE, AND-FORCED- BANK-FORECLOSURE.

# -THE-BANK, GIVES-THE- LAND, TO-THE-OFFICIALS, AFTER-THE-OFFICIALS- CREATE, VIOLENT, SABOTAGE-BANK- FORECLOSURE.

-TRACY-HONEA, IS-THE, MOB-BOSS, MIKE-BREWER, IS-THE, UNDERBOSS, AND, THERE-ARE-AT-LEAST, 14, PRIMARY-CAPOS, WHO-ASSIST, THE-MOB-FAMILY, YET, THE-CRIMINAL-REGIME, STEALS-LAND-WITH-THE- STATE, &-THEREIN-LIES-A-PUBLIC-THREAT, IT'S-JUST, ORGANIZED-CRIME, WITH, BANKERS-&-OFFICIALS.



-<u>NOTE</u>: TO-HEAR, AND-FEEL, "<u>THE-RHYTHMIC-SOUND,</u>" OF-WHAT, "<u>PROTEST,</u>" AGAINST, AUTHORITARIAN-<u>ISM</u>, FASC-ISM, NAZI-ISM, KLAN-ISM, SATANIC-ISM, <u>SOUNDS, AND, FEELS LIKE</u>, <u>SIMPLY GO TO YOUTUBE</u>, AND, HEAR, AND, FEEL THIS SONG, AND, KNOW, THE HOLY BIBLE SAYS, "BE STILL, AND KNOW, THAT I AM GOD, AMEN."

-<u>YOUTUBE</u>: <u>PINK FLOYD</u> – <u>THE WALL</u> (<u>DIOGO COSTA REMIX</u>) DIOGO COSTA MUSIC, TIME: 4 : 14, AS-IN, 14TH-AMENDMENT-TO: <u>THE U. S. CONSTITUTION</u>.



-<u>NOTE</u>: The text of <u>Abraham Lincoln's Gettysburg Address</u> begins, "Four score and seven years ago our fathers brought forth on this continent, a new nation, conceived in Liberty, and dedicated to the proposition that all men are created equal". Lincoln delivered the

speech on November 19, 1863, at the dedication of the Soldiers' National Cemetery in Gettysburg, Pennsylvania, during the Civil War. The speech famously ends with the call for a "new birth of freedom" and for "government of the people, by the people, for the people, shall not perish from the Earth".









### "Gettysburg-Address"

The Gettysburg Address is a renowned speech delivered by President Abraham Lincoln on November 19, 1863, during the dedication of the Soldiers' National Cemetery in Gettysburg, Pennsylvania. This concise yet impactful address is considered a pivotal moment in U.S. history, redefining the Civil War's purpose by emphasizing human equality and freedom.

The text of the address: The full text of the Gettysburg Address can be found in reference.

Background and context: The Battle of Gettysburg: The speech was delivered several months after the Battle of Gettysburg, a significant event in the Civil War with substantial casualties.

- A "few appropriate remarks": Lincoln's address was a brief contribution at an event where the main speaker, Edward Everett, delivered a lengthy oration.

- Lincoln's preparation: Contrary to myth, Lincoln prepared his speech carefully, with five known manuscript copies existing today.

- Initial reception: The speech's brevity was unexpected, and its initial reception varied, often along political party lines.



### THE GETTYSBURG ADDRESS

*(text of the Gettysburg Address, illegible)*

*Abraham Lincoln*

**-Significance and legacy:**

- **Reframing the war:** Lincoln connected the soldiers' sacrifices to the nation's founding principles of equality, portraying the war as a fight for human equality, not just Union preservation.

- **A "new birth of freedom":** This phrase highlighted the evolving goal of the war to include emancipation and the fulfillment of America's promise of equality.

- **Timeless ideals:** The address's enduring fame stems partly from its universal language, which omits specific names like Gettysburg or the Civil War.

- **An American classic:** Decades after Lincoln's death, the speech gained widespread recognition, appearing on the Lincoln Memorial and becoming a fundamental part of American education.



**PRESIDENT LINCOLN, NEVER KNEW OF THE KU KLUX KLAN, YET, AS SOON AS HE WAS KILLED.........
THE KLAN WAS FORMED.**



-THE K.K.K., IS, THE JUDGES, SHERIFF, MAYOR, POLICE, BANKERS, POSTAL-EMPLOYEES, ET-AL., COURT-HOUSE, CITY-HALL, BANKS, &, POST-OFFICE, ETC.. PEOPLE ARE MANIPULATED TO HELP, "KILL THE THREAT," YET, THEY SLANDER THEIR THEFT-TARGET, AND, THEY ARE THE ONLY GENUINE THREAT, IT'S-THEFT, PURE-AND-SIMPLE, ALWAY-WAS, &, IS-NOW.

-**NOTE:** **The U.S. Constitution** is the supreme law of the United States, outlining the structure of the federal government, the relationships between states, and the fundamental rights of American citizens. Written in 1787 and ratified in 1788, it superseded the weaker Articles of Confederation. The Constitution is divided into three main parts: the Preamble, seven Articles, and twenty-seven Amendments.

## The Preamble

The Preamble is the introduction that sets out the goals of the government: to establish justice, ensure peace, provide for the national defense, promote the general welfare, and secure liberty for the people. The opening phrase, "We the People," emphasizes that the power of the government comes from its citizens.

## The seven Articles

The Articles establish the structure and functions of the federal government.

•Article I: Establishes the legislative branch, Congress, and vests it with the power to make laws.

•Article II: Establishes the executive branch, led by the President, to carry out and enforce laws.

•Article III: Establishes the judicial branch, headed by the Supreme Court, to interpret laws.

•Article IV: Defines the relationship between the states and the federal government, including how states must respect one another's laws.

•Article V: Outlines the process for amending the Constitution.

•Article VI: Declares the Constitution and federal laws as the "supreme Law of the Land".

•Article VII: Sets the requirements for ratifying the Constitution.

**Key principles of government**

The Constitution established a federal democratic republic built on several core principles:

•Popular Sovereignty: The government's right to rule is derived from the people.

•Limited Government: The government only has the powers granted to it by the Constitution.

•Separation of Powers: The government's powers are divided among the legislative, executive, and judicial branches.

•Checks and Balances: A system that gives each branch of government the ability to limit the powers of the other two, preventing any one branch from becoming too powerful.

•Federalism: The division of power between the federal government and state governments.

**The Amendments**

The Amendments are changes or additions to the Constitution. There are 27 Amendments in total.

•The Bill of Rights (Amendments 1–10): These guarantee fundamental civil rights and liberties for all Americans,

including freedoms of speech, religion, and the press, as well as due process protections for the accused.

•Later Amendments (11–27): These address a wide range of issues, such as the abolition of slavery (13th), citizenship rights (14th), voting rights (15th and 19th), and presidential term limits (22nd).



-**NOTE:** <u>The Bible</u> is a story of God's redemptive plan for humanity, beginning with creation and humanity's fall, and culminating in salvation through Jesus Christ. The narrative follows a cycle of creation, fall, redemption, and new creation, revealing God's character and his desire for a relationship with humanity.



**-YOUR HONOR, WE ARE BEING ATTACKED, AND, REATTACKED BY LOAN SHARKS, AND, THE CORRUPT OFFICIALDOM WHO ATTEMPT TO ROB US BY HIGH-JACKING, OUR BANK MORTGAGE, PLEASE HELP US.**

# Loan Shark



Recovery Mechanisms



➢ Blackmailing

➢ Stalking

➢ Sending threats

➢ Harassing the defaulter

➢ Indulging in acts of violence

➢ Defaming and disgracing the defaulter

 WallStreetMojo

➢ Vandalizing home with graffiti or notices

**-NOTE: ALL THE FOLLOWING ADDRESSES HAVE BEEN NOTIFIED OF THIS, PUBLIC-SAFETY-HAZARD, WHEREBY, THE LAND THIEVES, KILLED-ONE, 8-31-2020, ALMOST-KILLED-A-SECOND, 2-22-2025, AND, HAD ME SEXUALLY-ASSAULTED, ON 4-15-2019, GOD SAVE THE UNITED STATES OF AMERICA, FROM, ALABAMA-TYRANNY, YET, AGAIN, LIKE 1861, THEY ARE JUST GUN-TOTING, LAND THIEVES, DANGEROUS, IGNORANT, &-VERY-PREDACIOUS, EVIL-KILLERS.**



POLITICAL-CORRUPTION, DESTROYS: ECONOMY, SECURITY, &, COMMUNITY-TRUST.

POLITICAL-CORRUPTION,

DESTROYS: ECONOMY, SECURITY,

&, COMMUNITY-TRUST.



YOUR CITY'S RESIDENTS HAVE ACCESS TO CADENCE AND LIBERTY BANKS, EITHER DIRECTLY, OR ONLINE. THIS IS A PUBLIC SAFETY NOTICE, BANKERS ENDANGERING THE LIVES OF NEARLY PAID-OFF BANK CUSTOMERS TO STEAL THEIR HOMES, &, BUSINESSES.



PLEASE CALL PAM GLASS OF MARION COUNTY AT: 205-275-8686, SHE IS A RETIRED BIRMINGHAM LAWFIRM'S SECRETARY, AND, A GOOD WOMAN, ASK HER TO TELL YOU ABOUT HOW EUJENA, AGED 85, IS BEING TORMENTED IN A MARSHALL COUNTY LAND THEFT SCHEME. ALSO CALL MR. BARKSDALE OF BLOUNT COUNTY AT: 256-295-4954. Non-Profit Organizations/Government, ARE TO PROTECT-PEOPLE, YET, ALBERTVILLE CITY IS STRESSING ELDERS TO DEATH, IN LAND THEFTS, WITH THE MARSHALL COUNTY JUDGES, AS THEY PUT PROFIT OVER PEOPLE, AND, THE CITY IS NEAR BANKRUPTCY WITH

APPROXIMATELY $300,000,000.00, THREE HUNDRED MILLION DOLLARS, IN DANGEROUS DEBT, PLEASE HELP, SAVE EUJENA'S LIFE, AS THESE OFFICIALDOM LAND THIEVES, ARE STRESSING EUJENA TO DEATH, AFTER THEY STRESSED HER WWII-WAR-DISABLED, NAVY-VETERAN, CHIEF FINANCIAL OFFICER, BROTHER CHAPPELL, TO-DEATH, ON WEDNESDAY, AUGUST 31, 2022, IN THIS LAND THEFT.) THE CITY TRIED BANKRUPTING US, BECAUSE THE CITY NEEDS TO FILE FOR BANKRUPTCY. CALL BONNIE CALLAHAN AT 256-279-7870 ABOUT THE CITY BORROWING 300 MILLION DOLLARS ILLEGALLY, AND, I AM WRITING YOUR OFFICE BECAUSE I BELIEVE YOUR OFFICE WILL STAND UP FOR WHAT IS RIGHT, AND, FOR JUSTICE. PRAY.



IN THE UNITED STATES OF AMERICA DISTRICT COURT, OF, THE NORTHERN DISTRICT OF ALABAMA,    HUGO L. BLACK,   U. S. COURTHOUSE,  BIRMINGHAM,  ALABAMA,  U.  S.  A.

EUJENA R. COLLINGS,  &,  J. MONROE JOHNSON, PRO  SE,  PLAINTIFFS,

v.    CASE No.  4: 25- c. v.- 8- C. L. M., JURY-REQUESTED,

MARSHALL COUNTY, ALABAMA,  U.  S.  A.,  ET AL., DEFENDANTS.

-YOUR HONOR, THIS, 8.0+, EARTHQUAKE-STYLED-MAGNITUDE-TRUTH, IS-SHAKING, POLITICALLY-CORRUPT, ALABAMA, TO-ITS-VERY-CORE, AS-IT-DETAILS, ALABAMA-PUBLIC-SAFETY, TURNED-DEADLY-LAND-THIEVES, AS-VIOLENT, HIGH-LEVEL, ALABAMA-STATE AGENTS, BEAT-ELDERS-TO-DEATH-FOR-MONEY, I-MET-WITH-MY-MOTHER-YESTERDAY, AND, SHE'S-BLUDGEONED-NEARLY-TO-DEATH, BY-THEM.

-YOUR HONOR, THIS-CASE-DETAILS-HOW-FEDERAL-JUDGES-ARE-MADE-AWARE-OF-BRUTAL-BAMA-TRUTH, THIS IS; YET-ANOTHER, MULTIMILLION-DOLLAR, THEFT-SCHEME, BY, MARSHALL-COUNTY-OFFICIALDOM, AND, UNDER-THE-GUISE-OF-PUBLIC-SAFETY, JUST-AN-OL'-ADOLF-HITLER, TREACHEROUS-TRICK, BLAME-THE-VICTIM, MURDER-THE-SCAPE-GOAT, STEAL-THEIR-MILLIONS-IN-LOOT, YET, CALL-IT-SELF-DEFENSE.

-YOUR HONOR, UNITED STATES FEDERAL JUDGE MAZE, I; J. MONROE JOHNSON, THANK YOUR INSTITUTION FOR ISSUING THIS CASE NUMBER, CASE NUMBER 4:25-C.V.-8-C.L.M., ON, FRIDAY, JANUARY 3, 2025, AS, THE ISSUANCE OF THAT CASE NUMBER, WHICH IS THE CASE NUMBER OF MY BIRTHDAY, APRIL 8, 1969, AND, THE CASE NUMBER THAT SAVED MY VERY LIFE. YOUR HONOR, CANNOT KNOW, BECAUSE YOU ARE NOT ME, BUT I AM TELLING YOU I WOULD NOT HAVE SURVIVED, SATURDAY, JANUARY 4, 2025, IF, THIS CASE HAD NOT BEEN GRANTED TO US; EUJENA-&-MONROE, TAXPAYING-CITIZENS. YOUR HONOR, THEY WRANGLED US UP TEN YEARS IN THE ALABAMA SUPREME COURT CASE BECAUSE THEY, THE DEADLY, CORRUPT, LYING, THIEVING, ALABAMA OFFICIALDOM ATTEMPTED TO STEAL FIVE MILLION DOLLARS CASH, FROM EUJENA, YET, NOW THEY'VE RETURNED TO THE SCENE OF THE CRIME, &, THEY HAVE NOW WRANGLED US UP ON THIS SEVEN YEAR, BLOODY-LAND-THEFT-SCHEME, WHERE, THE COUNTY OF MARSHALL, WITH THE BACKING OF ATTORNEY GENERAL STEVEN TORY MARSHALL, VIA, TACIT-APPROVAL, AT-MINIMUM, IS DETERMINED TO DESTROY OUR LIVES, STEAL OUR LANDS, &, FOR HONEA.





-<u>NOTE</u>: ON, TUESDAY, JULY 1, 2025 I; J. MONROE JOHNSON, LEARNED THAT WHEN THE NEW FEDERAL COURTHOUSE IN HUNTSVILLE'S CLERK SAID SHE HAD TO SEND THIS COMPLAINT TO THE HUGO L. FEDERAL COURTHOUSE FOR REVIEW TO SEE IF A COURT CASE COULD BE ISSUED THAT A COMPUTER RANDOMLY ISSUED CASE NUMBER 8, AND, THAT YOUR HONOR, UNITED STATES FEDERAL JUDGE COREY LANDON MAZE, DID NOT APPROVE THE CASE, OR, INITIALLY PICK UNITED STATES FEDERAL JUDGE ANNMARIE CARNEY AXON, OR, PICK THE CASE NUMBER 8, AS A COMPUTER DID.

-YOUR HONOR, I DON'T KNOW HOW TO PUT THIS POLITELY, BUT, MAFIOSO-REALTOR-MAYOR-HONEA, ET-AL., IS-VERY-SCARED-OF-THIS-CASE, HE/THEY-NEVER-COUNTED-ON ULYSSES S. GRANT TO RISE FROM THE GRAVE, &-HEREBY, MOVE-EFFECTIVELY-IN-SPIRIT, TO PROTECT THE CONSTITUTION OF AMERICA, NOW.

-YOUR HONOR, MAFIOSO-REALTOR-MAYOR-HONEA, ET-AL., "BROKE," CONSTITUTION, &-LAW, YOUR HONOR,

-YOUR HONOR, MAFIOSO-REALTOR-MAYOR-HONEA, ET-AL., "BREAK," CONSTITUTION, &-LAW, YOUR HONOR,

-YOUR HONOR, MAFIOSO-REALTOR-MAYOR-HONEA, ET-AL., "WILL-BREAK," CONSTITUTION, &-LAW, YOUR HONOR, FOREVER-&-ALWAYS, IF-LEFT-UP-TO-HIM/THEM, YOUR HONOR, &-YOUR HONOR, HIS/THEIR-DESCENDANTS-WILL-ASWELL, "BREAK," CONSTITUTION, &-LAW, YOUR HONOR, FOREVER-&-ALWAYS, IF-LEFT-UP-TO-HIM/THEM, YOUR HONOR, &-YOUR HONOR, HIS/THEIR-DESCENDANTS-WILL-ASWELL, "DESTROY," CONSTITUTION, &-LAW, YOUR HONOR, IF-LEFT-UP-TO-HIM/THEM, YOUR HONOR, GOD SAVE US, AS THESE TRUTHS, ARE THE SEEDS, OF THE NEXT GENOCIDE IN THIS THE UNITED STATES OF AMERICA.



**WEDNESDAY, JUNE 25, 2025, "THREE MOTIONS IN ONE," BEING, HEREIN-REVISED, &-RE-FILED, 7-7-2025, USA:**

**{1. OF 3.] "MOTION FOR AN EXTENTION OF TIME," REGARDING PLAINTIFFS' DEAD-LINE, OF, TODAY, TO FILE A RESPONSE, TO DEFENDANTS' MOTION TO ISSUE A PRE-FILING INJUNCTION. (DOC. 247), AND,**

**{2. OF 3.] "PLAINTIFFS' RESPONSE TO SAID MOTION SHOULD SAID EXTENTION OF TIME MOTION BE DENIED," AND,**

**{3. OF 3.] "MOTION-FOR-POST-MEMORANDUM-OPINION-RELIEF," AS-THE-SYSTEM-IS-RIGGED, AGAINST, THE-WORKING-CLASS, &-A-1883, KRAKATOA-VOLCANO, STYLED-SHOCKWAVE, MANIFESTS-HEREIN, FIGURATIVELY-SPEAKING, &, YOUR HONOR, HOLD 'EM ALL IN CONTEMPT OF U. S. FED. JUDGE AXON.**

**-NOTE: The Krakatoa volcano erupted on Rakata Island in Indonesia in August 1883, with a series of explosions that were among the loudest and most powerful in recorded history. The eruption generated massive tsunamis, which caused widespread destruction and resulted in the deaths of at least 36,000 people. The sound of the eruption was heard up to 3,100 miles away, and the shockwaves circled the globe multiple times. The Krakatoa eruption produced the loudest sound in modern history, one that was heard across more than 10 percent of Earth's surface, according to NOAA.**

**-NOTE: YOUR HONOR, EUJENA WAS THEFT TARGETED BY HER TWO BANKERS, THAT HOLD THE MORTGAGES AGAINST HER FAMILY FARM IN DEKALB COUNTY, &, HER BUSINESS PROPERTY, IN, MARSHALL COUNTY, NAMELY, CADENCE BANK, OF, GUNTERSVILLE, WITH PREDATORY BANK VICE PRESIDENT, MARGARET LACEY, &, LIBERTY BANK OF GERALDINE,  WITH PREDATORY BANK PRESIDENT CHRIS BAILEY, &, WITH BOTH BANKERS; FIGURATIVELY-SPEAKING, MOVING IN FOR THE KILL,**





-AGAINST EUJENA'S BUILT LAND EQUITY, &, SOON TO BE CAPITAL APPRECIATION VALUE DUE TO THE BILLION DOLLAR, RETAIL-OUTLET, DEVELOPMENT-DEAL, GOING-IN, ACROSS-FROM, EUJENA'S, MONROE COMPOUND FACILITY, LOCATED AT 10745, &, 10791 U. S. HIGHWAY 431, ALBERTVILLE, ALABAMA 35950,  U. S.  A., &, THE MULTIMILLION-DOLLAR, FARM-LAND, &, PRIME-COMMERCIAL, REAL-PROPERTY, &, DOUBLE-SIDED, DIGITAL-BILLBOARD, DEADLY-ALABAMA-STATE-SANCTIONED, ORDERED, &/OR, CONDONED, THEFT-SCHEME, BEGAN, WHEN THE CORRUPT OFFICIALDOM, FOUND OUT, SECRETLY OF SAID BILLION-DOLLAR, CONSTRUCTION-DEAL, WHICH, WOULD MAKE, EUJENA'S PRIME COMMERCIAL REAL PROPERTY, AND, STATIC-BILLBOARD-PERMIT, DRAMATICALLY INCREASE IN VALUE WHEREBY THE <u>PRIME</u> COMMERCIAL REAL PROPERTY WOULD BECOME, <u>PRIMEST</u> OF PRIME COMMERCIAL REAL PROPERTY, &, THE STATIC-BILLBOARD-PERMIT, WOULD BE DEEMED, BY THE STATE OF ALABAMA, DEPARTMENT OF TRANSPORTATION, AS, GRANDFATHERED, INTO, BEING, A-MULTIMILLION-DOLLAR, EXCLUSIVE,

DOUBLE-SIDED, DIGITAL-BILLBOARD, PERMIT, EXCLUSIVE, AS, IT WILL BE THE ONLY UNITED STATES 431 BILLBOARD, EVER-ALLOWED, TO BE MAINTAINED, IN-FRONT OF SAID BILLION DOLLAR, REAL ESTATE DEVELOPMENT DEAL, AS, SAID BILLBOARD, IS LOCATED DIRECTLY IN FRONT OF SAID; APPROXIMATE 50 ACRE, DEVELOPMENT SITE, ON THE SOUTH BOUND LAND, OF, UNITED STATES, 431, &, ANOTHER BILLBOARD CURRENTLY EXISTS ON THE NORTH BOUND LANE, YET, IT IS NOT IN FRONT OF SAID DEVELOPMENT SITE, &, NO BILLBOARD, IS ALLOWED TO BE CONSTRUCTED WITHIN 1000 FEET OF ANOTHER BILLBOARD ON U. S. 431. YOUR HONOR, BECAUSE THERE WAS NO BOX TO CHECK, SO TO SPEAK, ON THE STATIC BILLBOARD PERMIT, APPLICATION, IN THE YEAR 2004, WHEN WE PAID $25.00, &, APPLIED FOR SAID BILLBOARD, WE WERE RECENTLY CONFIRMED; BY THE ALABAMA DEPARTMENT OF TRANSPORTATION, TO BE GRANDFATHERED IN, AS A DOUBLE-SIDED, DIGITAL-BILLBOARD, PERMIT, &, AS LONG AS THE $10.00 ANNUAL REGISTRATION FEE IS PAID, WE WILL HAVE THE RIGHT TO GENERATE MILLIONS IN REVENUE VIA SAID GRANDFATHERED-IN, DOUBLE-SIDED, DIGITAL-BILLBOARD, YET, THAT RIGHT ALMOST GOT US KILLED, &, IT DID GET BROTHER CHAPPELL STRESSED TO DEATH AS, DISTRICT JUDGE MITCH FLOYD TURNED ON US TOO, WHEN ALL THIS LAND THEFT, VIA SABOTAGE ABUSE BEGAN AGAINST US, IN THE NOVEMBER 2018, AS, JUDGE FLOYD, HAD, RIGHTFULLY ISSUED JUDGMENTS IN OUR FAVOR FOR APPROXIMATELY 25 YEARS, AS, A FINANCE COMPANY, THAT WOULD FILE THOUSANDS OF SMALL CLAIMS AGAINST SMALL LOANS, GONE DELINQUENT, AS, WE FILED ALL OUR 3500 CUSTOMER BASE, SMALL CLAIMS

COURT CASES THROUGH MARSHALL COUNTY COURTHOUSE, &, EVEN AGAINST DELINQUENT CUSTOMERS IN THE OTHER COUNTIES WITH WE OWNED & OPERATED 23 FINANCE OFFICES WITHIN, BEING, NAMELY, JACKSON, MADISON, LIMESTONE, JEFFERSON, &, THE FIFTH BEING MARSHALL, &, JUDGE FLOYD ALWAYS, RULED IN OUR FAVOR, AS, 99% OF THE FILINGS RECEIVED DEFAULT JUDGMENTS, AS, THE DEFENDANTS FAILED TO ANSWER THEIR COMPLAINT, &, WE RECEIVED A DEFAULT JUDGMENT, YET, THE AMOUNTS OF MONIES WE WERE CLAIMING PEOPLE OWED WERE; RELATIVELY-SMALL, AS-IN, $100.00, TO, $500.00, DUE TO THE SMALL PERSONAL LOANS, BEING PROFOUNDLY-DELINQUENT, &, WE WOULD ALSO FILE A COPY OF THE BOUNCED/BAD-CHECK, &/OR, DEFAULTED-UPON, PERSONAL-LOAN, CONTRACT-AGREEMENT, WITH-OUT, COMPLAINT, AS-PROOF-OF-DEBT.  GOD SAVE THIS COURT & THE UNITED STATES.  YOUR HONOR, IN THE EVENT A DEFENDANT, FROM, ANOTHER COUNTY, ASKED FOR A TRIAL OVER ONE OF THE SAID BAD BEBT COMPLAINTS FILED IN THE MARSHALL COUNTY COURTHOUSE, THEN THAT CASE WOULD BE TRANSFERRED TO THE OTHER COUNTY, YET, I DO NOT RECALL THAT HAPPENING OFTEN.



YOUR HONOR, WHY IS THIS INFORMATION RELEVENT NOW? BECAUSE WE HAVE BEEN DOING BUSINESS IN MARSHALL COUNTY FOR 25 YEARS, &, ONLY WHEN THE OFFICIALS, &, OUR BANKERS, LAND-THEFT TARGETED US, VIA HIGH-JACKING, OUR LAND MORTGAGES, IN DEKALB & MARSHALL COUNTY, WHEREBY THEY ALL MOVED AND, BRAGGED ABOUT THEIR MULTI-MILLION-DOLLAR, LAND-THEFT-SCHEME, JUST ASK MELISSA GALLOWAY WILBURN, THE, GOOD BANK LOAN OFFICER OF CADENCE BANK OF GUNTERSVILLE, WHO TOLD ME, MONROE ON FEBRUARY 20, 2019, THAT WE COULD BE HURT &/OR KILLED, AS, THE THEN NEWLY ELECTED SHERIFF PHIL SIMS, ALONG WITH MARGARET LACEY WERE BRAGGING THAT THEY WOULD HARM EUJENA-&-ASSOCIATES, &, STEAL EUJENA'S CORNER LOT, PRIME COMMERCIAL REAL PROPERTY, THE PROPERTY WITH 14 GARAGES ON IT, &, I, MONROE, HAD TO RETURN TO SAID FIRST CREDIT FINANCE, A.K.A., FIRST CREDIT AUTO, A.K.A., MONROE COMPOUND FACILITY, PROPERTY AND COUNT THE GARAGES, BECAUSE I HAD NO IDEA HOW MANY GARAGES WERE ON SAID PROPERTY, WHEN MRS-WILBURN, REVEALED, HER STARK WARNING, YET, I COUNTED 14 GARAGES, AND, THEN REALIZED, OUR PROPERTY PROPERTY HAD BEEN, YET AGAIN, CRIMINALLY SURVIELED, BY THE CORRUPT OFFICIALDOM OF MARSHALL COUNTY, AND, WE HAD YET AGAIN, BEEN ILLEGALLY, LAID-SIEGE-TO, BY, -THE CORRUPT MARSHALL COUNTY COURTHOUSE, LIKE WE WERE EXTORTED FOR FIVE MILLION DOLLARS CASH, IN THE YEAR 2001, BY THE CORRUPT MARSHALL COUNTY COURTHOUSE, YET, THIS THIS THEY WERE DETERMINED TO STEAL OUR WEALTH EVEN IF THEY HAD TO RAPE, &, MURDER US, &, THIS

BEGAN IN THE YEAR 2018, WHICH IS SEVEN YEARS, SINCE THE SUPREME COURT OF ALABAMA, RELEASED THEIR SCATHING REBUKE AGAINST THE COURRUPT MARSHALL COUNTY COURTHOUSE, IN CASE TITLED: FEDERAL CREDIT INC. VERSUS GREG FULLER, &, SAID CASE IS NUMBERED 1051726, YET, THIS TIME THE COLD POLITICAL MOBSTER/MONSTERS CONSPIRED NOT WITH CORRUPT CHARTER/SPECTRUM EXECUTIVES WHO PROVIDED LESS THAN HONEST TESTIMONY IN THE GREG FULLER CASE IN ORDER TO MANIFEST A JURY TAMPERED VERDICT, AS, WE HAD STATUORY IMMUNITY FOR USING A 10-DAY, BAD-CHECK-NOTICE, &, THEIR WAS NO FALSE INFORMATION, CONTAINED WITHIN OUR 10-DAY, BAD-CHECK, NOTICE, WHICH TRIGGERED THE FIVE MILLION DOLLAR EXTORTION CLAIM THAT WE DEFAMED GREG FULLER, YET, THE CORRUPT OFFICIALDOM, THEM BANKRUPTED OUR 23 FINANCE OFFICE, FINANCIAL CONGLOMERATE, KNOWN AS FEDERAL CREDIT INC., AKA, FEDERAL CREDIT FINANCE CORPORATION, IN THE YEAR 2004, BECAUSE WE APPEALED THEIR JUDICIAL VIOLENCE TO THE ALABAMA SUPREME COURT &, THE ALABAMA SUPREME COURT TOOK OUR CASE, SO, THE CORRUPT OFFICIALDOM, ATTEMPTED TO PREVENT US FROM BEING ABLE TO PAY THE WELL OVER $100,000.00, CLOSER TO $200,000.00 IN TOTAL, TEN-YEAR, LEGAL-DEFENSE-MONIES, THAT WRANGLED US UP IN THEIR LEGAL NIGHTMARE, JUST, SHAM-LAWFARE, WARFARE, DESIGNED TO DESTROY US PROFESSIONALLY, MENTALLY, PHYSICALLY, SOCIALLY, &, IN OTHER WAYS, &, MEANS, LIKE SPIRITUALLY, AS THAT & THIS IS ACTUALLY OPEN TERROR UNDER THE CLOAK OF LEGALITY,



**OUR HONOR, MEANS LOYALTY TO TRUTH, AND, YOUR HONOR, THEIR INTENT IS CLEAR........ THEY RIG THE SYSTEM FOR THEFT, &, ABUSE, VIA SLANDER, SABOTAGE, AND, EVEN RAPE,**



**-MEANING IN THE CONTEXT OF THIS FEDERAL FILING, VIOLENT-ABUSE, VIOLENT-ABUSE, MENTALLY, PHYSICALLY, SOCIALLY, &, PRIMARILY FINANCIALLY, AS, ALL YOUR HONOR HAS TO DO IS FOLLOW THE MONEY, &, SEE, THE REAL CRIMINALS REVEALED, HEREIN, IT IS THE MAYOR, WHO GOT WITH THE BANKER, &, THEN MOTIVATED OTHER WITH LIES, AND/OR, SOME TYPE SOCIAL, POLITICAL, AND/OR POLITICAL BENEFIT FOR ENGAGING IN THIS HORRIFYINGLY-WICKED, DEADLY-ELDER-ABUSE, MULTIMILLION-DOLLAR, FAMILY-FARM, LOCATED IN DEKALB COUNTY, &, PRIMEST OF PRIME COMMERCIAL REAL PROPERTY, LOCATED IN MARSHALL COUNTY, &,**

ONE DOUBLE SIDED DIGITAL BILLBOARD PERMIT, ATROCIOUS THEFT VIA SABOTAGE SCEHEME WITH JUDGES-RILEY/FLOYD, SHERIFF-SIMS, MAYOR-HONEA, CITY-ATTORNEY-CARNES, BANKERS-LACEY/BAILEY, &, OTHERS ALL JOINING IN THE ABUSE, AND, SPECIFICALLY DISTRICT JUDGE MITCH FLOYD, REFUSED FAIR TREATMENT TO US IN LAWSUITS FILED AGAINST AMANDA MOORE, WHEREBY A VEHICLE LOAN CONTRACT WAS CLEARLY, &, PROVABLY VIOLATED BY MOORE, AND, MOORE OWED FIRST CREDIT AUTO, APPROXIMATELY $2,800.00,
YET, JUDGE FLOYD, HAD ME UNJUSTLY ARRESTED IN OPEN COURT & FORCED TO STAND IN FRONT OF MY MOTHER WITH THE HANDCUFFS UPON MY WRISTS, &, BEHIND MY BACK, YET, DIRECTLY IN FRONT OF EUJENA'S FACE, FOR OVER ONE HOUR,



YOUR HONOR, WE NOW KNOW WHY. THE BILLION DOLLAR LAND DEAL THAT THE OFFICIALDOM KNEW SECRETLY FOR FIVE YEARS, WHICH TRIGGERED THE LAND THEFT SCHEME AGAINST MY MOTHER EUJENA, BY THE TWO BANKERS LACEY/BAILEY, THAT HELD/HOLDS, THE LAND MORTGAGES AGAINST EUJENA'S FAMILY FARM PASTURE LAND, WHICH WAS MORTGAGED WITH LACEY GAVE AWAY ALL OF EUJENA'S OPERATING CAPITAL IN AN ATTEMPT TO CREATE UNJUST FORCED BANK FORCLOSURE, AGAINST THE 10745 U. S. 431 PROPERTY, YET, AT THE TIME THE IN THE YEAR 2011, WHEN THE SUPREME COURT OF ALABAMA RELEASED THEIR SCATHING FINAL JUDGEMENT IN CASE NUMBER 1052726, &, IN THE YEAR, 2011, ACTUALLY, FRIDAY, APRIL 15, (TAX-DAY-IN-AMERICA), &, AGAIN, IN THE YEAR 2011, YET, YOUR HONOR, WE WENT TO THE F.B.I., &, PLED FOR OUR LIVES, TELLING THEM THAT CORRUPT SHERIFF SIMS WAS MISUSING HIS QUALIFIED IMMUNITY TO STEAL LAND, IN A BANK FRAUD CONSPIRACY WITH BANCORP SOUTH BANK, NOW RENAMED CADENCE BANK, &, WE DID NOT KNOW, IT WAS ALL FOR THE REALTOR, MAFIOSO-MAYOR, HONEA, UNTIL, THE MULTIMILLION MILLION DOLLAR, DEADLY LAND THEFT SCHEME MANIFESTED OVER SEVERAL YEARS, AS, CORRUPT SHERIFF SIMS, ATTEMPTED TO CREATE A RED-HERRING, BY BRAGGING HE WOULD STEAL EUJENA'S LAND FOR HIS ANTIQUE CAR CLUB BUDDIES WHEN IT WAS FOR MAFIOSO-MAYOR-HONEA ALL ALONG THEIR ROAD TO HELL. YOUR HONOR, JUDGE FLOYD ALLOWED ME TO EVICT TENANTS AS A SUBLEASING LANDLORD UNTIL THIS THEFT SCHEME MANIFESTED, THEN, HE REFUSED TO PROPERLY EVICT TENANTS, AS, HE KNEW SAID TENANTS WERE

DESTROYING OUR REVENUE, &, PROPERTY, & THAT IS WHAT FLOYD WANTED TO HAPPEN.

YOUR HONOR; IN ESSENCE, THE FIRST FEDERAL CASE WE FILED CASE NUMBER 4:21-CV-519-ACA, WAS FILED DUE TO THE SEXUAL ASSAULT AGAINST ME, IN THIS THEFT SCHEME, &, ALL THE NUMEROUS ATTEMPTS BY THE CORRUPT STATE, &, CITY OFFICIALDOM, WERE WERE ATTACKING US, TARGETING US, HARASSING US, &, ENDANGERING OUR RIGHTS RELATED TO LIFE, LIBERTY, &, PROPERTY, YET, WE HAD NO KNOWLEDGE OF THE REAL FORCE BEHIND THE CAUSE WHICH WAS THE BILLION-DOLLAR, RETAIL-OUTLET, DEVELOPMENT-DEAL, GOING-IN, ACROSS-FROM, EUJENA'S, MONROE COMPOUND FACILITY,

YET, THEY CONTINUED TO TERRORIZE US EVEN AFTER UNITED STATES FEDERAL JUDGE ANNMARIE CARNEY AXON; IN ESSENCE, DEEMED US, UNITED STATES TRUSTWORTHY WITNESSES, AND, ORDERED THE DEFENDANTS TO STOP VIOLATING OUR CIVIL RIGHTS, AND, TO; IN ESSENCE, LEAVE US ALONE, YET,

THE SECOND FEDERAL CASE WE FILED CASE NUMBER 4:23-CV-349-CLM, WAS WITH YOUR HONOR, UNITED STATES FEDERAL JUDGE COREY LANDON MAZE, AS, THE CORRUPT SHERIFF HAD MOVED TO ORDER, &-OR, CONDONE THE THEFT OF APPROXIMATELY 54 USED MOTOR VEHICLES FROM EUJENA R. COLLINGS, A.K.A., FIRST CREDIT AUTO, NOW APPROXIMATELY 30 OF THE STOLEN VEHICLES WERE INOPERABLE, YET, THEY FETCHED APPROXIMATELY $9,000.00 IN SCAPE MONEY CASH FOR THE THIEVES, AND, AS, DETAILED IN A MARSHALL COUNTY, $300,000.00 THEFT REPORT,

THAT THE COUNTY DID NOT WANT TO TAKE, DELAYED TAKING FOR AT LEAST 10 MONTHS, UNTIL BROTHER CHAPPELL, WENT TO THE MARSHALL COUNTY, DISTRICT ATTORNEY'S OFFICE, WHERE, JOHN YOUNG, EVIDENTLY PLAYED DUMB, &, WHEN BROTHER CHAPPELL TOLD HIM THAT, "INVESTIGATOR YOUNG, I AM, BROTHER CHAPPELL, AND, THE CHIEF FINANCIAL OFFICER FOR FIRST CREDIT AUTO, AND, I AM HERE TO HAVE MY $300,000.00 THEFT REPORT TAKEN, AND, DOCUMENTED BY, MARSHALL COUNTY, AS, I HAVE BEEN STALLED, AND, STONE-WALLED, LIED TO, AND, DECEIVED BY THE MARSHALL COUNTY, SHERIFF'S DEPARTMENT FOR OVER TEN MONTHS NOW, WHEREBY, THEY CLAIM THEY ASSIGNED THIS $300,000.00 THEFT CASE TO CHIEF DEPUTY ORR, YET, THEY REFUSE TO ALLOW ME TO MEET WITH HIM, THEN THEY CLAIM, ONE DELAY, AFTER ANOTHER, AND, IT IS ABUSING ME, AND, I AM TIRED OF THE LIES, THE DELAYS, AND, ALL THE STALLING THAT IS TAKING PLACE BY THE SHERIFF'S DEPARTMENT, AND, AGAINST MRS. COLLINGS, AND, MYSELF, REGARDING THIS $300,000.00 DEVASTATING THEFT AGAINST FIRST CREDIT AUTO, AND, THIS IS THE LAST DAY THAT THE REPORT CAN BE TAKEN, AND, IT IS CLEAR THAT SHERIFF PHIL SIMS, IS ATTEMPTING TO RUN-OUT-THE-CLOCK, SO, NOTHING CAN BE DONE ABOUT THIS ENORMOUS THEFT, DESIGNED TO BANKRUPT MRS. COLLINGS'S SECOND MARSHALL COUNTY BUSINESS, VIA SABOTAGE BY THE OFFICIALS."



-INVESTIGATOR-YOUNG, SAID, "OKAY, GO ACROSS THE STREET, TO THE SHERIFF'S DEPARTMENT, AND, I WILL HAVE A DEPUTY DRIVE OVER THERE, AND TAKE YOUR REPORT, JUST GO OVER THERE AND WAIT."

-YOUR HONOR, WHEN I, MONROE, WENT TO GET A COPY OF THE REPORT ABOUT TWO WEEKS LATER, I WAS TOLD BY THE MARSHALL COUNTY, SHERIFF'S DISPATCH, EMPLOYEE, THAT A COURT ORDERED SUBPOENA WOULD BE REQUIRED TO BE ISSUED BY A MARSHALL COUNTY JUDGE, BEFORE A COPY OF THE $300,000.00 THEFT REPORT COULD BE PRINTED, AND, GIVEN TO ME, EVEN THOUGH MY NAME, AND, DRIVER LICENSE WAS LISTED ON THE REPORT, AS, A VICTIM, ALONG WITH BROTHER CHAPPELL'S, &, EUJENA'S.

-YOUR HONOR, AS FATE WOULD HAVE IT, ABOUT THREE DAYS LATER I SAW THE DEPUTY THAT TOOK THE REPORT WALKING DOWN THE SIDEWALK NEAR THE BACK-SIDE, OF, THE MARSHALL COUNTY COURTHOUSE, AND, I APPROACHED HIM, AND, VERIFIED HE TOOK THE REPORT, AND, HE REMINDED ME THAT IT WAS TAKEN ON THE VERY LAST DAY, THAT IT COULD BE TAKEN, AND, THAT HE REMEMBERED THE ENTIRE ORDEAL, AND, DID NOT UNDERSTAND WHY ANY SUCH COURT ORDERED SUBPOENA WOULD BE REQUIRED FOR ME TO RECEIVE A COPY OF THE REPORT, AS, I AT LEAST COULD FILE THE LOSS, WITH OUR TAX ACCOUNTANT, AND, REGARDLESS, WITH MY DRIVER-LICENSE-NUMBER, LISTED, ON THE REPORT, AS, ONE OF THE THREE VICTIMS, ALONG WITH BROTHER CHAPPELL, AND, EUJENA, THAT, ALL I NEED TO DO IS GO BACK IN THREE DAYS, WHICH WOULD GIVE HIM TIME TO MAKE

SURE A COPY WAS WAITING AT THE CUSTOMER WINDOW, OF THE SHERIFF DEPARTMENT'S DISPATCH-OFFICER'S DESK.

-YOUR HONOR, I, MONROE, WENT BACK ON THE THIRD DAY, AS, INSTRUCTED, TO THE SHERIFF-DEPARTMENT'S DISPATCH WINDOW, AND, RECEIVED A COPY OF THE REPORT, AND, IN THE LAST PAGE, A LIE WAS WRITTEN IN, AND, SIGNED-OFF-ON, BY TWO DEPUTIES, AND, THAT WRITTEN LIE WAS THAT WE, BROTHER CHAPPELL, EUJENA R. COLLING, AND, MYSELF, J. MONROE JOHNSON, ALL REFUSED TO COOPERATE WITH THE MARSHALL COUNTY, ALABAMA,  U.  S.  A., SHERIFF-DEPARTMENT'S, CRIMINAL-INVESTIGATION, AND, THE CASE WAS CLOSED, SHOWING THAT LIE, MAKING IT APPEAR WE HAD SOMETHING TO HIDE, AND, THE GOOD FAITH SHERIFF'S DEPARTMENT DID ALL THEY COULD, YET, TO NO AVAIL, DUE TO OUR STRANGE BEHAVIOR OF FILING A $300,000.00 THEFT REPORT, AND, THEN REFUSING TO COOPERATE WITH THE STATE'S/COUNTY'S-GOOD-FAITH, CRIMINAL-INVESTIGATION, YET, IT WAS ALL BIG-FAT-LIE, BY, A CORRUPT, LYING, THIEVING, KILLING, CRIMINAL REGIME, AS, THEY WERE/ARE IN ON A MULTIMILLION DOLLAR LAND THEFT SCHEME, AND DOUBLE SIDE DIGITAL BILLBOARD THEFT SCHEME, WHEREBY, WHEN EUJENA'S HUSBAND JOHN ALLRED COLLINGS PASSED AWAY FROM PROSTATE CANCER, ON, SATURDAY, JULY 11, 2020, EUJENA'S TWO BANKERS, BEING HER PERSONAL BANKER CHRIS BAILEY OF LIBERTY BANK OF GERALDINE, WHO HOLDS THE LAND-MORTGAGE AGAINST HER FAMILY-FARM, PASTURE-LAND, ATTEMPTED TO CREATE UNJUST FORCED BANK

FORECLOSURE, AND/OR, AN UNJUST COERCED-LAND, SALE-AGREEMENT, TO BENEFIT THE CORRUPT BANK, LIBERTY BANK, SOCIALLY, WHEREBY SAID BANK WOULD THEN OFFER THE LAND, TO A TOWN OF GERALDINE, FORMER, CITY COUNCIL MEMBER, NAMELY, JACKIE NEAL ROGERS, OF, GERALDINE, ALABAMA,  U.  S.  A., AS, HE IS A REAL ESTATE DEVELOPER, AND, OWNS NUMEROUS REAL ESTATE, PROPERTIES, WITHIN THE CITY/TOWN LIMITS OF GERALDINE, AND/OR, WITHIN THE COUNTY OF DEKALB, AND, YOUR HONOR, AS, THIS REVISED FEDERAL FILING IS BEING DRAFTED BY, ME, MONROE, SAID, LIBERTY BANK'S ATTORNEY, NIKKI PARRISH SCOTT, OF, FORT PAYNE, WHO DEFENDED LIBERTY BANK, AND, THEREBY, HAS A CONFLICT OF INTEREST IN CREATING THE COERCED LAND SALE AGREEMENT AGAINST EUJENA, AND, TO BENEFIT A FORMER TOWN OF GERALDINE, CITY COUNCILMEN, NAMELY, JACKIE NEAL ROGERS, AS, THEY ALL ARE RELENTLESS TO UNJUSTLY ENRICH THEMSELVES, A.K.A., SELF-AGGRANDIZEMENT, AS, THEY DEVOUR THIS NEAR DEFENSELESS, WEALTHY WIDOW, CLAIMING, THEY ARE JUST FOLLOWING THE LAW, YET, NO, THAT IS NOT REALITY, OR THE TRUTH, THE TRUE IS SHERIFF SIMS DID JUST WHAT HE SAID HE WOULD DO, HARM, EUJENA, MEANING, BEAT THE LIVING LIFE OUT OF HER, WITH NO LEGAL AND/OR, CONSTITUTIONAL RESTRAINT, AND,  BEAT, AND-BEAT, AND-BRUTALIZE, AND-TERRORIZE, AND-BLUDGEON, EUJENA, IN-EVERY-WAY, THAT-A-SEASONED, YET, CORRUPT-COP, AND, HIS ACCOMPLICES COULD/CAN IMAGINE, AND, UNTIL SHE; WIDOWED-WEALTHY-EUJENA. WAS/IS, FORCED TO SALE, AND/OR, LOSE, BY WAY OF, UNJUST FORCED BANK FORECLOSURE, HER, GERALDINE FAMILY FARM,